IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00144-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSEPH JUNIOR ALFRED, | ) | |
| Defendant. | ) | |

This matter is before the court on the Government's Motion in Limine to Preclude Defense from Eliciting Exculpatory Statements by the Defendant [DE-20]. This motion was filed in anticipation of trial, and Alfred pled guilty at his arraignment on November 2, 2015. Consequently, the Government's Motion in Limine to Preclude Defense from Eliciting Exculpatory Statements by the Defendant [DE-20] is DISMISSED as moot.

SO ORDERED.

This, the 3rd day of March, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge