UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-144-1F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH JUNIOR ALFRED | ORDER TO SEAL |

On motion of the Defendant, Joseph Junior Alfred, and for good cause shown, it is hereby

ORDERED that the **[DE 35]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  25th  day of March, 2016.

_____
JAMES C. FOX
Senior United States District Court Judge