UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-144-1F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH JUNIOR ALFRED | ORDER |

This matter having come before the Court by an unopposed motion of the Office of the Federal Public Defender to reschedule the sentencing hearing, and for good cause shown, it is hereby ORDERED that said hearing shall be **reset for** ___1:15 p.m. on April 26, 2016___.

This the __18'__ day of April, 2016.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge